**No. 10-11053. Mauricio Alfredo Pena-Manzanarez, Petitioner v. United States.**

565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6464.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 687.

**No. 10-11057. Derek N. Jarvis, Petitioner v. Maryland.**

565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6635, ▮

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 197 Md. App. 756.

**No. 10-11058. Fatoumata Toure, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6489.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 345.

**No. 10-11059. Howell Way Woltz, Petitioner v. United States District Court for the Western District of North Carolina.**

565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6909.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 271.

**No. 10-11060. Christopher Jones, Petitioner v. Charles Harrison, Warden.**

565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6519.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11061. Donald Sulecki, Petitioner v. Florida.**

565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 7133.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 57 So. 3d 864.

**No. 10-11062. Alfonzo Bernard Richardson, Petitioner v. A. J. Padula, Warden.**

565 U.S. 865, 132 S. Ct. 209, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6854.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 632.

**No. 10-11063. Jeremy Pinson, Petitioner v. E. J. Chipi, et al.**

565 U.S. 865, 132 S. Ct. 209, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6847.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.